UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-80633-CIV-RYSKAMP/WHITE

MANUEL MIGUEL,

        Plaintiff,

v.

SANDRA GIBSON, *et al.*,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes upon the Report of Magistrate Judge Patrick A. White **[DE 6]**, filed on June 11, 2009 regarding the complaint filed by *pro se* litigant Manuel Miguel **[DE 1]** on April 28, 2009. The complaint alleged that the named defendants violated plaintiff's rights under 42 U.S.C. §1983 by conducting an illegal search and seizure of DNA samples, false testimony regarding those samples, false imprisonment and malicious prosecution. In his report, Judge White recommended that the case be dismissed as barred for failure to state a claim upon which relief may be granted pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994).

In his timely objection to the report, **[DE 7]**, plaintiff moved to amend his complaint **[DE 8]** to comply with *Heck*. The amended complaint simply deletes two of the three original causes of action and leaves the remaining cause of action, alleging a violation of his 4th amendment rights, unchanged. As such, the amended complaint would still fail to state a claim upon which relief can be granted under *Heck*.

The Court has conducted a *de novo* consideration of the complaint, proposed amended complaint and the report and recommendation, and being otherwise fully advised in the premises,

it is hereby,

ORDERED AND ADJUDGED that:

(1)  The Report and Recommendation **[DE 6]** be, and the same hereby is, RATIFIED, AFFIRMED and APPROVED in its entirety;

(2)  Plaintiff's complaint under 42 U.S.C. §1983 **[DE 1]** is DENIED;

(3)  Plaintiff's motion to file an amended complaint **[DE 8]** is DENIED;

(3)  The Clerk of the Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 3 day of July, 2009.

   /s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided:
Magistrate Judge Patrick A. White
Manuel Miguel, *pro se*